```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 05728
   MICHAEL H BECKER
   ANITA BECKER                              CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0111    SSN XXX-XX-8612


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/30/2007 and was not confirmed.

     The case was dismissed without confirmation 07/16/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
AURORA LOAN SERVICES LLC CURRENT MORTG         .00            .00            .00
AURORA LOAN SERVICES LLC MORTGAGE ARRE    15591.33            .00            .00
CITIGROUP INC            CURRENT MORTG         .00            .00            .00
DELL FINANCIAL SERVICES  SECURED            200.00            .00            .00
DELL FINANCIAL SERVICES  UNSECURED         1648.77            .00            .00
GMAC                     SECURED NOT I   20537.44            .00            .00
WFNNB/HARLEM FURNITURE   SECURED            300.00            .00            .00
WORLD FINANCIAL NETWORK  UNSECURED         3085.65            .00            .00
ZALES CREDIT PLAN        SECURED             35.00            .00            .00
ZALES CREDIT PLAN        UNSECURED        NOT FILED           .00            .00
GOVT EMPLOYEE CREDIT CTR UNSECURED        NOT FILED           .00            .00
LUTHERAN GENERAL HOSPITA UNSECURED        NOT FILED           .00            .00
AMERICAN EXPRESS         UNSECURED        NOT FILED           .00            .00
ROUNDUP FUNDING LLC      UNSECURED          746.01            .00            .00
ASPIRE                   UNSECURED         1281.38            .00            .00
ECAST SETTLEMENT CORP    UNSECURED         7298.59            .00            .00
BANK OF AMERICA          UNSECURED        NOT FILED           .00            .00
BARCLAYS BANK DELAWARE   UNSECURED         1500.86            .00            .00
HARRIS BANK              UNSECURED        NOT FILED           .00            .00
FIA CARD SERVICES        UNSECURED        NOT FILED           .00            .00
CHASE                    UNSECURED        NOT FILED           .00            .00
CITIBANK VISA            UNSECURED        NOT FILED           .00            .00
CAPITAL ONE              UNSECURED          469.78            .00            .00
CARD SERVICES            UNSECURED        NOT FILED           .00            .00
CHASE                    UNSECURED        NOT FILED           .00            .00
B-REAL LLC               UNSECURED        37962.26            .00            .00
LVNV FUNDING LLC         UNSECURED         5199.12            .00            .00
ECAST SETTLEMENT CORP    UNSECURED          968.83            .00            .00
MOBILE EXXON             UNSECURED        NOT FILED           .00            .00
FIRST PREIMER BANK       UNSECURED          512.84            .00            .00
BANK OF AMERICA          UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP    UNSECURED          285.19            .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED          795.32            .00            .00
ADVANCED RADIOLOGY ASSO  UNSECURED        NOT FILED           .00            .00
B-REAL LLC               UNSECURED         1543.04            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05728 MICHAEL H BECKER & ANITA BECKER
```

```
ECAST SETTLEMENT CORP      UNSECURED          456.34             .00           .00
PARKWAY BANK & TRUST CO    UNSECURED       NOT FILED             .00           .00
PARKWAY BANK & TRUST CO    UNSECURED       NOT FILED             .00           .00
WORLD FINANCIAL NETWORK    UNSECURED          393.15             .00           .00
PROVIDIAN NATIONAL BANK    UNSECURED       NOT FILED             .00           .00
WORLD FINANCIAL NETWORK    UNSECURED          173.58             .00           .00
AMERICAN EXPRESS TRAVEL    UNSECURED         1565.89             .00           .00
ECAST SETTLEMENT CORP      UNSECURED         6733.41             .00           .00
BIZAR & DOYLE LLC          DEBTOR ATTY         .00                             .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         ---------------    ---------------
TOTALS                          .00                 .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 10/18/07          _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE